IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-09 |
| MARCELINO RONDON-VASQUEZ, a/k/a "Pepe" | : | |

**ORDER**

AND NOW, this 2nd day of June, 2014, upon consideration of the Government's Motion to Dismiss the Indictment, it is hereby ORDERED that the government's motion is GRANTED. The Indictment in this matter is dismissed.

BY THE COURT:

_____
HONORABLE MITCHELL S. GOLDBERG
Judge, United States District Court